SSS:LHE
F. # ▇▇▇▇▇▇▇

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ SEP 01 2017 ★
BROOKLYN OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------X

UNITED STATES OF AMERICA

- against -

▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇

Defendant.

-----------------------------X

INFORMATION

Cr. No. 17-CR-470 (PKC)
(T. 21, U.S.C., §§ 841(b)(1)(A)(ii)(II)
and 846; T. 18, U.S.C.,
§§ 924(c)(1)(A)(i), 2 and 3551 et seq.)

THE UNITED STATES ATTORNEY CHARGES:

COUNT ONE
(Conspiracy to Distribute and Possess with Intent to Distribute Cocaine)

1. In or about and between ▇▇▇▇▇▇▇▇▇▇▇▇, both dates being approximate and inclusive, within the Eastern District of New York and elsewhere, the defendant  together with others, did knowingly and intentionally conspire to distribute and possess with intent to distribute a controlled substance, which offense involved a substance containing cocaine, a Schedule II controlled substance, contrary to Title 21, United States Code, Section 841(a)(1). The amount of cocaine involved in the conspiracy attributable to the defendant, as a result of his own conduct, and the conduct of other conspirators reasonably foreseeable to him, was five kilograms or more of a substance containing cocaine.

(Title 21, United States Code, Sections 846 and 841(b)(1)(A)(ii)(II); Title 18, United States Code, Sections 3551 et seq.)

## COUNT TWO
(Use of Firearms In Connection with a Drug Trafficking Crime)

2.　In or about and between ▮▮▮▮▮▮▮▮▮▮ both dates being approximate and inclusive, within the Eastern District of New York and elsewhere, the defendant ▮▮▮▮▮▮▮▮▮▮ together with others, did knowingly and intentionally use and carry one or more firearms, during and in relation to a drug trafficking crime, to wit: the crime charged in Count One, and did knowingly and intentionally possess such firearms in furtherance of said drug trafficking crime.

(Title 18, United States Code, Sections 924(c)(1)(A)(i), 2 and 3551 et seq.)

_/s/ Bridget M. Rohde_
BRIDGET M. ROHDE
ACTING UNITED STATES ATTORNEY
EASTERN DISTRICT OF NEW YORK

FORM DBD-34
JUN. 85

No.

# UNITED STATES DISTRICT COURT

EASTERN *District of* NEW YORK

CRIMINAL DIVISION

THE UNITED STATES OF AMERICA

vs.



Defendant.

## INFORMATION

T. 21, U.S.C., §§ 841(b)(1)(A)(ii)(II) and
846; T. 18, U.S.C., §§ 924(c)(1)(A)(i), 2 and 3551 et seq.

*A true bill.*

_____

*Foreperson*

*Filed in open court this* _____ *day,*

*of* _____ *A.D. 20* _____

_____

*Clerk*

*Bail, $* _____

_____

*Lauren Howard Elbert, Assistant U.S. Attorney (718) 254-7577*